UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DAPHNE SLATER,

    Plaintiff,

v.

ANN ARBOR PUBLIC SCHOOLS
BOARD OF EDUCATION,

    Defendant.

_____/

Case No. 18-cv-11415
Hon. Matthew L. Leitman

## ORDER TO EXTEND THE FACT DISCOVERY DEADLINE BY SIXTY (60) DAYS

This matter coming before the Court upon stipulation of the Parties, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the fact discovery cutoff date in this matter is extended by sixty (60) days to **May 27, 2019**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 26, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 26, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

03070812 v1/06196-0346